IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANIEL E. KIRBY,
    Plaintiff,

vs.                                          Case No. 4:05cv314/MMP/EMT

FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1). On September 7, 2005, this court entered an order giving Plaintiff until October 14, 2005 to submit a properly completed application for leave to proceed in forma pauperis, pay the full $250.00 filing fee, or file a notice of voluntary dismissal (Doc. 5). Plaintiff failed to comply with the order,[1] therefore, on October 19, 2005, the court issued an order requiring Plaintiff to show cause, on or before November 2, 2005, why this action should not be dismissed for failure to comply with an order of the court (Doc. 7). On November 1, 2005, Plaintiff filed a ten-page response to the order to show cause and attached approximately eighty-one (81) pages of exhibits in support of his response (Doc. 11). Plaintiff suggests that he has offered suitable alternatives to paying the filing fee, but this court has "dishonored Plaintiff's 'payment' of the filing fees"; moreover, he should not have to pay the filing fee or apply for leave to proceed in forma pauperis because he is a "sovereign," not an "insolvent or indigent" (Doc. 11 at 4). Plaintiff's contentions do not constitute

---

[1]Plaintiff filed an untitled response to the order on or about October 13, 2005, in which he purports to provide a "bond in the form of a foreign bill of exchange" and gives authorization to the clerk of court to "charge [his] trust account for $250.00" (Doc. 6).

cause for his failure to comply with the court's order. Furthermore, his response does not indicate a willingness or intention to comply. Therefore, dismissal of this action is warranted.

Accordingly, it is respectfully **RECOMMENDED**:

1. That this case be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

2. That all pending motions be **DENIED as moot**.

At Pensacola, Florida, this 3rd day of February 2006.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**