IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANIEL E KIRBY,

    Plaintiff,

v.                                            CASE NO. 4:05-cv-00314-MP-EMT

FLORIDA DEPARTMENT OF CORRECTIONS,
et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on the Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed without prejudice for failure to follow an order of the Court. The Magistrate Judge issued an order requiring the plaintiff to pay the filing fee or to file a motion to proceed in forma pauperis. Rather than do either, the plaintiff filed a rambling, unintelligible response. The Magistrate Judge then issued a show cause order, to which plaintiff filed another bizarre, unintelligible response. The Magistrate Judge filed the Report and Recommendation, to which plaintiff objected, raising the same nonsensical, irrelevant issues regarding trademarks, American Sovereign status, etc. Having reviewed the Report and Recommendation, the Court agrees with the Magistrate Judge that this case should be dismissed for failure to follow an order of the Court. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge (doc. 14) is adopted and this matter is dismissed without prejudice. The Clerk is directed to close the file.

**DONE AND ORDERED** this  *22nd*  day of March, 2006

                                      *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge